UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Dion Marcel Burris,<br>    Petitioner,<br><br>-v-<br><br>Jack Kowalski,<br>    Respondent. | No. 1:18-cv-90<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

In accordance with the Order entered on this date (ECF No. 13), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** May 31, 2018                              /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge